IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

AIR EVAC EMS, INC.,

        Plaintiff,

v.                                                           CIVIL ACTION NO.   2:21-cv-00105

ALLAN L. MCVEY,                              Consolidated With:
                                                               CIVIL ACTION NO.   2:21-cv-00310

        Defendant.

JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order entered on March 26, 2024, the Court **GRANTS** Plaintiff Air Evac EMS, Inc.'s Motion for Summary Judgment,   (ECF No. 64), **DECLARES** that the Air Ambulance Patient Protection Act ("AAPPA")—*codified* at West Virginia Code §§ 33-11B-1, 33-3-1, and 33-44-1 *et seq.*—and the Licensing Laws—West Virginia Code §§ 33-1-1, 33-44-3(f), 33-3-1, and 33-4-1 *et seq.*—are preempted by federal law as applied to Plaintiff, and Defendant is **PERMANENTLY ENJOINED** from enforcing, applying or otherwise giving effect to the AAPPA and Licensing Laws as applied to Plaintiff.   The Court hereby **ORDERS** that judgment be entered in favor of Plaintiff.   Accordingly, the Court **DISMISSES** this case and **DIRECTS** the Clerk to remove this case from the Court's active docket.

        **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     April 30, 2024

_____

THOMAS E. JOHNSTON, CHIEF JUDGE

2